FILE COPY



# Court of Appeals

BRIAN QUINN
Chief Justice

JAMES T. CAMPBELL
Justice

MACKEY K. HANCOCK
Justice

PATRICK A. PIRTLE
Justice

Seventh District of Texas
Potter County Courts Building
501 S. Fillmore, Suite 2-A
Amarillo, Texas 79101-2449
www.txcourts.gov/7thcoa.aspx

VIVIAN LONG
Clerk

MAILING ADDRESS:
P. O. Box 9540
79105-9540

(806) 342-2650

March 25, 2015

Adam T. Schramek
Michael Scott Incerto
FULBRIGHT & JAWORSKI, LLP
98 San Jacinto Blvd., Suite 1100
Austin, TX 78701
* DELIVERED VIA E-MAIL *

Larry Parks
Melvin L. Burner
MITCHELL WILLIAMS SELIG GATES
 & WOODYARD, PLLC
500 West 5th,  Suite 1150
Austin, TX 78701
* DELIVERED VIA E-MAIL *

Mark L. Kincaid
Suzette E. Selden
GEORGE BROTHERS KINCAID
 & HORTON, L.L.P.
114 West 7th Street, Suite 1100
Austin, TX 78701
* DELIVERED VIA E-MAIL *

RE:  Case Number:  07-15-00032-CV, Trial Court Case Number: D-1-GN-14-000946
Style:  Ramiro "Gamby" Gamboa v. Texas Windstorm Insurance Association, Richard Clifton Craig, Stephen L. Elbert, Lyndell Haigood, Michael Gerik, Ron Lawson, Georgia R. Neblett, Michael O'Malley, Eugene "Gene" Seaman, and Edward J. Sherlock, III

Dear Counsel:

The Court this day issued an opinion, judgment and mandate in the captioned cause.  TEX. R. APP. P. 48.

In addition, pursuant to Texas Government Code, Sec. 51.204(b)(2), exhibits on file with this Court, **if any**, will be destroyed three years after final disposition of the case or at an earlier date if ordered by the Court.

Very truly yours,

*Vivian Long*

VIVIAN LONG, CLERK

xc:    Honorable Lora J. Livingston (DELIVERED VIA E-MAIL)
       Amalia Rodriguez-Mendoza (DELIVERED VIA E-MAIL)
       Administrative Judge (DELIVERED VIA E-MAIL)